UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEI XU,<br><br>           Plaintiff,<br><br>   v.<br><br>KRISTI NOEM, *et al.*,<br><br>           Defendants. | CASE NO. C25-889RSM<br><br>ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE |

The Court has reviewed the stipulation filed by the parties at Dkt. #6 and, for good cause, FINDS AND ORDERS that this case is held in abeyance until January 7, 2026. The parties shall submit a status update on or before January 7, 2026.

DATED this 3rd day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 1